1  JEROME C. ROTH (SBN 159483)
   MUNGER, TOLLES & OLSON LLP
2  560 Mission Street
   Twenty-Seventh Floor
3  San Francisco, CA  94105-2907
   Telephone:    (415) 512-4000
4  Facsimile:    (415) 512-4077
   *jerome.roth@mto.com*
5
   Attorneys for Defendant
6  LG.PHILIPS LCD AMERICA, INC.

7

8

9

10                        UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12

13 | Michael Juetten, on behalf of himself and all others similarly situated, | CASE NO.  C 07-00009 (JSW)
14 | Plaintiff, | **STIPULATION FOR EXTENSION OF TIME AND ORDER THEREON**
15 | vs. | Honorable Jeffrey S. White
16 | LG.Philips LCD Co. Ltd., LG.Philips LCD America, Inc.; Samsung Electronics Co. Ltd.; NEC Corporation; NEC Electronics America, Inc.; NEC LCD Technologies Ltd.; Hitachi Ltd; Hitachi Displays, Ltd.; Hitachi Electronics Devices (USA), Inc.; Hitachi America Ltd.; International Display Technology Co., Ltd.; International Display Technology USA Inc; Sanyo Epson Imaging Devices Corporation; Sharp Corporation; Sharp Electronics Corporation; Toshiba Corporation; Toshiba Matsushita Display Technology Co. Ltd.; AU Optronics Corp.; AU Optronics Corporation America; Chi Mei Optoelectronics; Chi Mei Optoelectronics USA, Inc.; Chunghwa Picture Tubes, Ltd.; Hannstar Display Corporation, |
25 | Defendants. |

1237401.2

STIPULATION FOR EXTENSION
OF TIME  CASE NO. C 07-00009 (JSW)

1  WHEREAS plaintiff filed a complaint in the above-captioned case on or about January 3, 2007;

2  WHEREAS plaintiff alleges antitrust violations by manufacturers of Liquid Crystal Display ("LCD") products;

3  WHEREAS more than fifteen complaints have been filed to date in federal district courts throughout the United States by plaintiffs purporting to bringing class actions on behalf of indirect purchasers alleging antitrust violations by manufacturers of LCD products (collectively, "the LCD Cases");

4  WHEREAS there is a motion pending before the Judicial Panel on Multidistrict Litigation to transfer the LCD Cases to the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407;

5  WHEREAS plaintiff anticipates the possibility of Consolidated Amended Complaints in the LCD Cases;

6  WHEREAS plaintiff and LG.Philips LCD America, Inc. ("LPL America") have agreed that an orderly schedule for any response to the pleadings in the LCD Cases would be more efficient for the parties and for the Court;

7  WHEREAS plaintiff agrees that the deadline for LPL America to respond to the Complaint shall be extended until the earlier of the following two dates: (1) forty-five days after the filing of a Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after plaintiff provides written notice to LPL America that he does not intend to file a Consolidated Amended Complaint, provided that such notice may be given only after the initial case management conference in the MDL transferee court in this case;

8  WHEREAS plaintiff further agrees that this extension is available, without further stipulation with counsel for plaintiff, to all named defendants who notify plaintiff in writing of their intention to join this extension;

9  WHEREAS this Stipulation does not constitute a waiver by LPL America or any defendant of any defense, including but not limited to the defenses of lack of personal or subject

1  matter jurisdiction, insufficiency of process, insufficiency of service of process, or improper
2  venue.

3          PLAINTIFF AND DEFENDANT LPL AMERICA, BY AND THROUGH THEIR
4  RESPECTIVE COUNSEL OF RECORD, HEREBY STIPULATE AS FOLLOWS:

5      1.    The deadline for LPL America to respond to the Complaint shall be
6  extended until the earlier of the following two dates (1) forty-five days after the filing of a
7  Consolidated Amended Complaint in the LCD Cases; or (2) forty-five days after the plaintiff
8  provides written notice that he does not intend to file a Consolidated Amended Complaint,
9  provided that such notice may be given only after the initial case management conference in the
10 MDL transferee court in this case.

11     2.    This extension is available, without further stipulation with counsel for
12 plaintiff or further order of the Court, to all named defendants who notify plaintiff in writing of
13 their intention to join this extension.

14     IT IS SO STIPULATED.

16 DATED: January 12, 2007        Respectfully submitted,

17                                    MUNGER, TOLLES & OLSON LLP

19                                    By:      /s/ *Jerome C. Roth*
20                                            JEROME C. ROTH
                                        Attorneys for Defendant
                                        LG.PHILIPS LCD AMERICA, INC.

22 Of Counsel:

23 Michael R. Lazerwitz
   Jeremy J. Calsyn
   Lee F. Berger
24 CLEARY GOTTLIEB STEEN &
     HAMILTON LLP
25 2000 Pennsylvania Avenue, NW
   Washington, DC 20006
26 Telephone:  (202) 974-1500
   Facsimile:   (202) 974-1999

1237401.2                           2                      STIPULATION FOR EXTENSION
                                                               OF TIME   CASE NO. C 07-00009 (JSW)

| | | |
|---|---|---|
| 1 | DATED: January 12, 2007 | FURTH LEHMANN & GRANT LLP |
| 2 | | |
| 3 | | By:  */s/ Jon T. King* |
| 4 | | MICHAEL P. LEHMANN<br>THOMAS P. DOVE |
| 5 | | CHRISTOPHER L. LEBSOCK<br>JON T. KING |
| 6 | | Attorneys for Plaintiff<br>MICHAEL JUETTEN |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: January 16, 2007

*/s/ Jeffrey S. White*
Honorable Jeffrey S. White
Judge of the United States District Court

CERTIFICATION

I, Jerome C. Roth, am the ECF User whose identification and password are being used to file this Stipulation For Extension Of Time.  In compliance with General Order 45.X.B, I hereby attest that Jon T. King has concurred in this filing.